# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

**Plaintiff,**

-vs-                                                    Case No. 3:07-CR-201

**JUDITH BELINDA BROOKSHIRE,**

**Defendant.**

---

### JUDGEMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

On August 6, 2012, the Defendant, having previously been found in violation of her supervised release which began October 6, 2010, appeared in open Court for final disposition. Pursuant to the record, the Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirteen (13) months. No period of supervised release to follow.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated and that due to her medical conditions, she incarcerated in a Federal Medical Facility as close to her home in the Dayton, Ohio area as possible consistent with her security status.

The Defendant was explained her rights of appeal and indicated an understanding of same.

The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: ___8 - 7 - 12___

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT